RICHARD MALDONADO, Respondent, v ALGIL HOLDING CO., LLC, Appellant. [889 NYS2d 454]

Plaintiff demonstrated a reasonable excuse by showing that his default resulted from law office failure to calendar and timely oppose defendant's discovery motion (*see Simpson v*

*Tommy Hilfiger U.S.A., Inc.*, 48 AD3d 389, 392 [2008]), and also demonstrated merit to his cause (*see Palermo v Lord & Taylor*, 287 AD2d 258, 260 [2001]). Concur—Gonzalez, P.J., Moskowitz, DeGrasse, Manzanet-Daniels and Roman, JJ.